IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM BOWENS,** | CIV S-07-0993 RRB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **ROBERT A. HOREL,** | |
| Respondents. | |

Respondents have requested an extension of time to file a response to petitioner's petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that respondents' response to petitioner's petition for writ of habeas corpus shall be filed on or before April 23, 2008.

DATED: March 18, 2008.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/bowe0993.111