IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BOWENS,

    Petitioner,                    No. CIV S-07-0993 JAM DAD P

  vs.

ROBERT A. HOREL, et al.,

    Respondents.              ORDER

                            /

        Petitioner has filed a request for an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 16, 2008 request for an extension of time is granted; and

        2. Petitioner shall file a traverse on or before June 23, 2008.

DATED: May 22, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ja
bowe0993.111t