UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

WILLIAM BOWENS,

        Plaintiff,

        v.

ROBERT A. HOREL,

        Defendant.

Case No. C07-00993RBL

ORDER

    THIS MATTER comes on before the above-entitled Court upon Petitioner's "Request for Evidentiary Hearing and Reconsideration Due Court Error" [Dkt. #23] and Application to Proceed *In Forma Pauperis* [Dkt. #24]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

    Petitioner's "Request for Evidentiary Hearing and Reconsideration Due Court Error" is more appropriately considered as simply a motion for reconsideration. Petitioner seeks reconsideration of this Court's Order denying his Petition for a Writ of Habeas Corpus. [Dkt. #21]. Petitioner's motion presents no new information and does not provide a basis for the Court to reconsider its prior Order.

Petitioner's Request for Evidentiary Hearing and Reconsideration Due Court Error" is **DENIED**. Furthermore, Petitioner's Application to Proceed *In Forma Pauperis* is **DENIED as MOOT.**

**IT IS SO ORDERED.**

Dated this 15th day of December, 2009.

        /s/ Ronald B. Leighton
Ronald B. Leighton
United States District Judge